```
JAMES DAL BON 157942
DAL BON & WANG
12 SOUTH FIRST STREET, SUITE 908
SAN JOSE, CA 95113
TEL: (408) 292-1040
FAX: (408) 292-1045

ATTORNEYS FOR PLAINTIFF
JOSE MORON
```

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| JOSE MORON an individual<br><br>Plaintiff,<br><br>vs.<br><br>CAPITOL EXPRESSWAY FORD INC., DOES 1-10<br><br>Defendants | Case No. C06-07781 CRB<br>**AMENDED**<br>~~PROPOSED~~ ORDER<br><br>Date of Hearing:  March 30, 2007<br>Courtroom #          8<br>Time:                      8:30AM |

**~~[PROPOSED]~~ ORDER**

Good Cause Appearing, **IT IS HEREBY ORDERED THAT** the Case Management Conference scheduled for Friday March 30th, 2007 at 8:30am be moved to Friday July ~~30th~~ **27th**, 2007 at 8:30 am.

**IT IS SO ORDERED.**

Dated: March 29, 2007                              By: _____
                                                                HONORABLE JUDGE
                                                                CHARLES R. BREYER

*[Court seal: IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California]*

1

**MOTION TO EXTEND TIME FOR CASE MANAGEMENT CONFERENCE**
**MORON VS CAPITOL EXPRESSWAY FORD**