IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE MORON,   No. C06-07781 CRB

    Plaintiff,   **ORDER**

  v.

CAPITOL EXPRESSWAY FORD, INC.,

    Defendant.
_____/

The Court having stayed this matter upon the agreement of the parties and GOOD CAUSE APPEARING THEREFOR:

    There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

    Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

    **IT IS SO ORDERED.**

Dated: July 26, 2007

                                                     CHARLES R. BREYER
                                                   UNITED STATES DISTRICT JUDGE