Ned A. Fine, State Bar #47786
FINE, BOGGS & PERKINS LLP
2450 South Cabrillo Highway, Suite 100
Half Moon Bay, CA 94019
Telephone: (650) 712-8908
Facsimile: (650) 712-1712

Attorney for Defendant
CAPITOL EXPRESSWAY FORD, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CAPITOL EXPRESSWAY FORD, INC., DOES 1-10, <br><br> Defendants. | Case No. C 06 07781 CRB <br><br> STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION (Federal Rules of Civil Procedure, Rule 41) |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** to this action through their designated counsel that the above-captioned action, having been fully settled, be and is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party to bear their own attorney's fees and costs.

Dated: February 20, 2008

Ned A. Fine
FINE, BOGGS & PERKINS, LLP
Attorney for Defendant

Dated: February 20, 2008

James Dal Bon
DAL BON & WANG
Attorney for Plaintiff

STIPULATION AND ORDER RE: DISMISSAL— Case No. C 06 07781 CRB

## ORDER

Pursuant to the Stipulation of counsel herein, the Court orders that this cause shall be dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party to bear their own attorney's fees and costs.

Dated: April 10, 2008



IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER RE: DISMISSAL— Case No. C 06 07781 CRB     Page 2